# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD R. SCHERZER, JR. & MICHELLE C. SCHERZER  Case Number: 04-75704
2800 MYANG AVENUE  SSN-xxx-xx-7332 & xxx-xx-4364
MCHENRY, IL  60050

Case filed on: 11/16/2004
Plan Confirmed on: 2/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $101,190.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA SERVICING COMPANY | 0.00 | 0.00 | 38,131.97 | 0.00 |
| 004 | COLE TAYLOR BANK | 0.00 | 0.00 | 14,157.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 52,288.97 | 0.00 |
| 000 | PETER FRANCIS GERACI BAR # 0936863 | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 007 | BUREAU OF COLLECTION RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | RECOVERY MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AMERICA'S SERVICING COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | MARILYN J. WASHBURN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD R. SCHERZER, JR. | 0.00 | 0.00 | 942.69 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 942.69 | 0.00 |
| 002 | DAIMLER CHRYSLER SERVICES | 12,683.11 | 12,683.11 | 12,683.11 | 1,815.40 |
| 003 | DAIMLERCHRYSLER SERVICES N AMERICA LCL | 10,125.00 | 10,125.00 | 10,125.00 | 946.22 |
| 018 | AMERICA SERVICING COMPANY | 450.00 | 450.00 | 450.00 | 0.00 |
| 019 | AMERICA SERVICING COMPANY | 1,041.20 | 1,041.20 | 1,041.20 | 0.00 |
|  | Total Secured | 24,299.31 | 24,299.31 | 24,299.31 | 2,761.62 |
| 003 | DAIMLERCHRYSLER SERVICES N AMERICA LCL | 1,597.05 | 1,597.05 | 1,597.05 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 4,444.40 | 4,444.40 | 4,444.40 | 0.00 |
| 006 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | RESURGENT CAPITAL SERVICES | 3,078.57 | 3,078.57 | 3,078.57 | 0.00 |
| 011 | DISCOVER FINANCIAL SERVICES | 6,127.41 | 6,127.41 | 6,127.41 | 0.00 |
| 012 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 15,247.43 | 15,247.43 | 15,247.43 | 0.00 |
|  | Grand Total: | 42,246.74 | 42,246.74 | 95,478.40 | 2,761.62 |

Total Paid Claimant: $98,240.02
Trustee Allowance: $2,949.98
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008        By  /s/Heather M. Fagan